UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA BARNETT,<br><br>  Plaintiff,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, et al.,<br><br>  Defendants. | No. 2:17-cv-01517 TLN CKD<br><br><br>ORDER |

    Plaintiff is proceeding through counsel. Plaintiff has filed an in forma pauperis affidavit in which she states that her monthly take home pay is $2,650.00. The district judge assigned to this action referred plaintiff's application to proceed in forma pauperis to the undersigned.

    Pursuant to federal statute, a filing fee of $350.00 is required to commence a civil action in federal district court. 28 U.S.C. § 1914(a). In addition, a $50.00 general administrative fee for civil cases must be paid. 28 U.S.C. § 1914(b). The court may authorize the commencement of an action "without prepayment of fees and costs or security therefor, by a person who makes affidavit that he is unable to pay such costs or give security therefor." 28 U.S.C. § 1915(a).

    In her application, plaintiff attests that she supports two children. Her annual take-home income is calculated at $31,800. According to the 2017 federal poverty guidelines issued by the U.S. Department of Health and Human Services (HHS), a family of three with a yearly income of

1  $25,525 is at 125% of the poverty rate.  Plaintiff's income shows that plaintiff is able to pay the
2  filing fee and costs.  Thus, plaintiff has made an inadequate showing of indigence.  See <u>Alexander</u>
3  <u>v. Carson Adult High Sch.</u>, 9 F.3d 1448 (9th Cir. 1993); <u>California Men's Colony v. Rowland</u>,
4  939 F.2d 854, 858 (9th Cir. 1991); <u>Stehouwer v. Hennessey</u>, 841 F. Supp. 316, (N.D. Cal. 1994).

5      Accordingly, IT IS HEREBY ORDERED that plaintiff is granted fourteen days in which
6  to submit the appropriate fees to the Clerk of the Court.  Plaintiff is cautioned that failure to pay
7  the filing and general administrative fees in the amount of $400 will result in a recommendation
8  that the application to proceed in forma pauperis be denied and the instant action be dismissed
9  without prejudice.

10  Dated: July 25, 2017

                _____
                CAROLYN K. DELANEY
                UNITED STATES MAGISTRATE JUDGE

16  2 / barnett ifp.den