UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA BARNETT, | No.  2:17-cv-1517 TLN CKD |
| Plaintiff, | |
| v. | ORDER |
| CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, | |
| Defendant. | |

Plaintiff is proceeding through counsel.  Plaintiff filed an initial motion and affidavit to proceed in forma pauperis on July 21, 2017.  (ECF No. 2.)  On July 25, 2017, this court denied plaintiff's motion to proceed in forma pauperis.[1]  (ECF No. 4.)  Plaintiff has now submitted a new motion and affidavit to proceed in forma pauperis, revising her income to reflect what plaintiff receives in disability, rather than the wages she was receiving before February of this year.  (ECF No 5 at 1.)  Plaintiff explained that she "was working until February 22, 2017 and then went on disability."  (Id.)  According to this revised affidavit, plaintiff's annual take-home income is calculated at $18,768.  (Id.)  According to the 2017 federal poverty guidelines issued by the U.S. Department of Health and Human Services, a yearly income of $20,420 is the poverty threshold

---

[1] The district judge assigned to this action referred plaintiff's application to proceed in forma pauperis to the undersigned.

1

for a family of three.  Accordingly, plaintiff has submitted an affidavit making the showing required by 28 U.S.C. § 1915(a)(1).  Therefore, the request to proceed in forma pauperis will be granted.

   Good cause appearing, IT IS ORDERED that:

   1.  This court's order denying plaintiff's request for leave to proceed in forma pauperis (ECF No. 4) is vacated; plaintiff's amended request for leave to proceed in forma pauperis (ECF No. 5) is granted.

   2.  The matter is referred back to the assigned district judge for further proceedings.

Dated:  July 27, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE