1 | ROB BONTA, State Bar No. 202668
Attorney General of California
2 | KRISTIN M. DAILY, State Bar No. 186103
Supervising Deputy Attorney General
3 |   1300 I Street, Suite 125
    P.O. Box 944255
4 |   Sacramento, CA 94244-2550
    Telephone: (916) 210-7903
5 |   Fax: (916) 324-5567
    E-mail: Kristin.Daily@doj.ca.gov
6 | *Attorneys for Defendant
Department of Motor Vehicles*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERTA BARNETT,**<br><br>           Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF MOTOR VEHICLES; SHEILA EVANS; and Does 1 through 50 inclusive,**<br><br>           Defendants. | 2:17-cv-01517-TLN-CKD<br><br>**STIPULATION AND ORDER RE: MODIFYING PRETRIAL SCHEDULING ORDER**<br><br>Discovery Cut-Off date: May 5, 2023<br>Judge:    The Honorable Troy L. Nunley<br>Trial Date:<br>Action Filed:   January 9, 2018 |

Whereas, the October 25, 2022 Pretrial Scheduling Order (Docket 45) in this case provides that fact discovery must be completed by May 5, 2023;

Whereas the Pretrial Scheduling Order in this case provides that expert disclosures shall be completed sixty (60) days after the close of discovery (Wednesday, July 5, 2023) and rebuttal expert disclosures shall be completed thirty (30) days thereafter (Friday, August 4, 2023);

Whereas the Pretrial Scheduling Order in this case provides that all dispositive motions must be filed no later than one-hundred and eighty (180) days after the close of discovery (Wednesday, November 1, 2023);

1

Stipulation and Order To Modify Pretrial Order  (2:17-cv-01517-TLN-CKD)

1   Whereas the Pretrial Scheduling Order in this case provides the parties are ordered to file a
2   Joint Notice of Trial Readiness not later than thirty (30) days after receiving this Court's ruling(s)
3   on the last filed dispositive motion(s), and if the parties do not intend to file dispositive motions,
4   the parties are ordered to file a Joint Notice of Trial Readiness not later than one hundred twenty
5   (120) days after the close of discovery (Tuesday, September 5, 2023) and the notice must include
6   statements of intent to forgo the filing of dispositive motions.
7   Whereas Plaintiff's counsel's motion to withdraw as attorney of record is pending and
8   Plaintiff will need time to secure alternative representation before continuing in discovery;
9   Whereas Defendant is unable to secure a release for Plaintiff's medical records and is
10  unable to secure a date for Plaintiff's deposition;
11  Whereas the parties understand the Scheduling Order can only be modified upon a showing
12  of good cause and with leave of Court;
13  Therefore, the parties stipulate as follows:
14  Good cause exists to modify the Scheduling Order because Plaintiff's counsel's pending
15  motion to withdraw and Plaintiff's need to secure alternative representation to meaningfully
16  participate in discovery makes it impossible for the parties to complete discovery in the time
17  frame prescribed by the Scheduling Order.
18  The parties agree to the following modification of dates if such dates are convenient for the
19  Court:
20  Fact discovery to be completed by Monday, November 6, 2023.
21  Expert Disclosures to be completed by Friday, January 5, 2024.
22  Rebuttal Expert Disclosures to be completed by Monday, February 5, 2024.
23  Dispositive motions will be filed by Monday, May 6, 2024.
24  If no dispositive motions are filed, a Joint Notice of Trial Readiness will be filed by
25  Tuesday, March 5, 2024.
26
27
28

All other procedures and instructions in the October 25, 2022 Pretrial Scheduling Order shall apply.

Dated: January 12, 2023                  Respectfully submitted,

                                            ROB BONTA
                                            Attorney General of California

                                            KRISTIN M. DAILY
                                            Supervising Deputy Attorney General
                                            *Attorneys for Defendant*
                                            *Department of Motor Vehicles*

                                            By:   /s/ Angelina Ray
                                            Angelina Ray, Esq.
                                            Attorney for Plaintiff Roberta Barnett

ORDER

The Court finds that good cause exists to modify the Pretrial Scheduling Order in this case. All pending dates are hereby vacated and the Court orders the following pretrial schedule:

Fact discovery shall be completed by November 6, 2023.

Expert witness disclosures shall be completed by January 5, 2024.

Rebuttal expert witness disclosures shall be completed by February 5, 2024.

Dispositive motions shall be filed by May 6, 2024.

If no dispositive motions are filed, a Joint Notice of Trial Readiness shall be filed by March 5, 2024.

**IT IS SO ORDERED.**

DATED:  January 12, 2023

Troy L. Nunley
United States District Judge