UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTA BARNETT,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF MOTOR VEHICLES, et al.,<br><br>Defendants. | No.  2:17-cv-01517-TLN-CKD<br><br>**ORDER** |

      This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21). On February 12, 2024, the magistrate judge filed findings and recommendations, which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 73.)  Plaintiff filed objections to the findings and recommendations.  (ECF No. 74.)

      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this Court conducted a review of this case.  Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed September 8, 2023 (ECF No. 73) are ADOPTED IN FULL;
2. Plaintiff's Motions for leave to file a further amended complaint (ECF Nos. 66, 68) are DENIED; and
3. This case is referred back to the assigned magistrate judge for further pretrial proceedings.

Date: March 6, 2024

_____
Troy L. Nunley
United States District Judge