1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERTA BARNETT,                        No.  2:17-cv-01517-TLN-CKD (PS)

12                  Plaintiff,

13          v.                               ORDER

14   CALIFORNIA DEPARTMENT OF
     MOTOR VEHICLES, et al.,
15
                    Defendants.
16

17

18          Plaintiff, who proceeds without counsel, initiated this action with a complaint filed on July

19   20, 2017. (See ECF No. 1.) This matter is before the undersigned pursuant to 28 U.S.C. §

20   636(b)(1) and E.D. Cal. Local Rule 302(c)(21).

21          On April 19, 2024, defendants filed a motion for summary judgment. (ECF No. 76.)

22   Plaintiff did not file a timely opposition to the motion for summary judgment.

23          The court will provide plaintiff a further opportunity to respond to the pending motion for

24   summary judgment within 14 days after service of this order. Plaintiff is cautioned that any

25   further failure to respond will be construed as plaintiff's non-opposition to the motion which

26   would constitute grounds for dismissal under Rule 41(b).

27          Local Rule 230(c) states "[n]o party will be entitled to be heard in opposition to a motion

28   at oral arguments if opposition to the motion has not been timely filed by that party...."

                                                  1

1    Accordingly, the hearing set for May 29, 2024, is vacated. After the conclusion of briefing, the

2    motion will be submitted for decision on the record and written briefing pursuant to Local Rule

3    230(g). If the court subsequently determines that supplemental briefing or oral argument is

4    necessary, the parties will be notified accordingly.

5            For the reasons set forth above, IT IS HEREBY ORDERED as follows:

6            1.    The May 29, 2024, hearing is VACATED.

7            2.    Plaintiff shall file a written opposition (or a statement of non-opposition) to the

8                  motion for summary judgment within 14 days after service of this order. Failure to

9                  do so will be deemed a statement of non-opposition and consent to the granting of

10                 the motion and may constitute an additional ground for the imposition of

11                 appropriate sanctions, including a recommendation that plaintiff's case be

12                 involuntarily dismissed with prejudice pursuant to Federal Rule of Civil Procedure

13                 41(b).

14           3.    Defendant may file a written reply to any opposition filed by plaintiff within 10

15                 days of plaintiff's filing. The court will take this matter under submission upon

16                 conclusion of this briefing schedule.

17   Dated:  May 7, 2024

18                                                   _____
                                                     CAROLYN K. DELANEY
19                                                   UNITED STATES MAGISTRATE JUDGE

20

21

22   8
     barn17cv1517.nooppo

23

24

25

26

27

28